# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE ZABELNY, et al., | Case No. 2:13-cv-00853-GMN-PAL |
| Plaintiffs, | **ORDER** |
| vs. | (Mtn to Stay - Dkt. #36) |
| CASH CALL, INC., et al., | |
| Defendants. | |

This matter is before the court Defendant CashCall, Inc.'s Emergency Motion for Stay of Briefing, or Alternatively, Motion for Extension of Briefing (Dkt. #36) filed July 26, 2013. The court has considered the Motion.

CashCall seeks an order staying the briefing on Plaintiff Kyle Zebelny's Motion for Conditional FLSA Collection Action Certification (Dkt. #34), pending the court's decision on CashCall's Motion to Compel Arbitration and Dismiss or, Alternatively, Stay Action (Dkt. #6). CashCall asserts that Plaintiff will not be prejudiced by a stay or extension, and that it will be prejudiced by having to oppose a motion that may become moot by the court's decision on the Motion to Compel Arbitration.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. Defendant CashCall's Emergency Motion to Stay (Dkt. #36) is GRANTED.
2. Briefing on Plaintiff's Motion for Conditional Certification (Dkt. #34) is STAYED pending the court's decision on Defendant's Motion to Compel Arbitration (Dkt. #6).

Dated this 2nd day of August, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE